**IT IS SO ORDERED.**

Dated: 03 March, 2010 01:32 PM

RANDOLPH BAXTER
UNITED STATES BANKRUPTCY JUDGE

BK0907286
BMF

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT CLEVELAND

| | |
|---|---|
| IN RE: | Case No. 09-21601 |
| Lynnetta C Allen | Chapter 7 |
| Debtor | Judge Baxter |
| | **ORDER FOR RELIEF FROM STAY AND ABANDONMENT PROPERTY LOCATED AT (3870 SALISBURY ROAD, SOUTH EUCLID, OH 44121)** |

    This matter came to be considered on the Motion for Relief from Stay and Abandonment (the "Motion") filed by U.S. Bank, N.A. successor by merger to The Leader Mortgage Company LLC successor by merger to The Leader Mortgage Company.

    Movant has alleged that good cause exists for granting the Motion and that Debtors, counsel for Debtors, The Trustee, and all other necessary parties were served with the Motion and with notice of the

1

hearing date of the Motion. At the hearing held on February 23, 2010, no parties appeared in opposition to the Motion.

Based on this, it appears appropriate to grant the relief requested with respect to the property located at 3870 Salisbury Road, South Euclid, OH 44121.

**IT IS THEREFORE ORDERED:**

1. The Motion is granted and the automatic stay imposed by §362 of the Bankruptcy Code is terminated with respect to Movant, its successors, and assigns.

2. The Trustee is authorized and directed to abandon such Collateral.

###

**SUBMITTED BY:**

/s/ Joel K Jensen, Case Attorney
Ohio Supreme Court #0029302
Romi T. Fox, Attorney
Ohio Supreme Court #0037l74
LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100, ext. 3349
(513) 354-6464 fax
nohbk@lsrlaw.com

Copies to:

Lynnetta C Allen - Debtor
3870 Salisbury Road
South Euclid, OH 44121
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Renee Heller, Esq. - Attorney for Debtors
2000 Warrensville Center Road
Cleveland, OH 44121
rhlegal@aol.com
VIA ELECTRONIC SERVICE

James Rokakis- Creditor
1219 Ontario
Clevelend, OH 44113
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Office of the U.S. Trustee
Howard Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
VIA ELECTRONIC SERVICE

Mary Ann Rabin - Trustee
55 Public Square
Suite 1510
Cleveland, OH 44113
trusteemail@rabinandrabin.com
VIA ELECTRONIC SERVICE

Joel K Jensen, Esq.
Ohio Supreme Court #0029302
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, Ohio 45201-5480
VIA ELECTRONIC SERVICE